IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOMMY BASS, #122504, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:12cv511-WHA |
| ) | (WO) |
| WARDEN III, GARY HETZEL, et al., ) | |
| ) | |
| Respondents. ) | |

### **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on June 27, 2012, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).

DONE this 1st day of August, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE